UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVSION

In re:    WLS LAW, P.A.                              § Case No. 0:14-bk-12587
                                                     §
                                                     §
Debtor(s)                                            §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

  Chad S. Paiva, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $169,420.10              Assets Exempt:   N/A
*(without deducting any secured claims)*

Total Distribution to Claimants:   $80,774.85      Claims Discharged
                                                   Without Payment:  N/A

Total Expenses of Administration:  $90,416.33

---

  3) Total gross receipts of $180,191.18 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $9,000.00 (see **Exhibit 2**), yielded net receipts of $171,191.18 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 151.56 | 151.56 | 151.56 |
| PRIORITY CLAIMS |  |  |  |  |
|     CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 61,682.08 | 90,416.33 | 90,416.33 |
|     PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|     PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 400.80 | 400.80 | 400.80 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,228,000.00 | 18,102,615.56 | 8,918,103.10 | 80,222.49 |
| **TOTAL DISBURSEMENTS** | **$4,228,000.00** | **$18,164,850.00** | **$9,009,071.79** | **$171,191.18** |

      4) This case was originally filed under Chapter 7 on 02/03/2014. The case was pending for 49 months.

      5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2019      By: /s/ Chad S. Paiva
                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ADVOIDANCE CLAIM AGAINST ALLSTATE INS. CO. Adv No: 16-01074-JKO | 1241-000 | 9,000.00 |
| ADVOIDANCE CLAIM AGAINST STATE FARM INSURANCE Adv No: 16-01078 | 1241-000 | 8,100.00 |
| ADVOIDENCE CLAIM AGAINST U.S. BANK, N.A. | 1241-000 | 9,000.00 |
| AVOIDANCE CLAIM AGAINST BANK OF AMERICA, N.A. Adv. No: 16-01076 -JKO | 1241-000 | 45,000.00 |
| AVOIDANCE CLAIM AGAINST BRUCE SMOLER | 1241-000 | 591.18 |
| AVOIDANCE CLAIM AGAINST CARLOS and JODI LERMAN | 1241-000 | 70,000.00 |
| AVOIDANCE CLAIM AGAINST CITIBANK | 1241-000 | 25,000.00 |
| AVOIDANCE CLAIM AGAINST AMERICAN HONDA FINANCE CORPORATION Adv No: 16-01075-JKO | 1249-000 | 13,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$180,191.18** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| HONDA LEASE TRUST | Per Order DE#101 | 8500-002 | 9,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$9,000.00** |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Broward County Records, Taxes & Treasury | 4110-000 | N/A | 151.56 | 151.56 | 151.56 |
| **TOTAL SECURED CLAIMS** | | | **N/A** | **$151.56** | **$151.56** | **$151.56** |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chad S. Paiva | 2100-000 | N/A | 11,809.56 | 11,809.56 | 11,809.56 |
| Chad S. Paiva | 2200-000 | N/A | 49.06 | 49.06 | 49.06 |
| Leiderman Shelmith PA | 3210-000 | N/A | 15,398.04 | 15,398.04 | 15,398.04 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Leiderman Shelomith Alexander + Somodevilla, PLLC | 3210-000 | N/A | 0.00 | 28,259.57 | 28,259.57 |
| Leiderman Shelomith PA | 3220-000 | N/A | 867.71 | 867.71 | 867.71 |
| Leiderman Shelomith Alexander + Somodevilla, PLLC | 3220-000 | N/A | 0.00 | 474.68 | 474.68 |
| Yip Associates | 3410-000 | N/A | 30,000.00 | 30,000.00 | 30,000.00 |
| Yip Associates | 3420-000 | N/A | 521.31 | 521.31 | 521.31 |
| Signature Bank | 2600-000 | N/A | 3,036.40 | 3,036.40 | 3,036.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$61,682.08** | **$90,416.33** | **$90,416.33** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Internal Revenue Service | 5800-000 | N/A | 400.80 | 400.80 | 400.80 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **N/A** | **$400.80** | **$400.80** | **$400.80** |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Victory Lane Fund, LLC | 7100-000 | 175,000.00 | 250,896.00 | 0.00 | 0.00 |
| 3 | Victory Lane Fund, LLC and Dr. Mark Nagrani | 7100-000 | N/A | 250,896.00 | 0.00 | 0.00 |
| 4 | Tampa Development, LLC, & Dr. Nark Nagrani | 7100-000 | 250,000.00 | 349,686.00 | 0.00 | 0.00 |
| 5 | Tampa Development, LLC | 7100-000 | 250,000.00 | 349,686.00 | 0.00 | 0.00 |
| 6 | West Sunrise Development Corp. | 7100-000 | 600,000.00 | 1,550,000.00 | 0.00 | 0.00 |
| 7 | Andrew Smoler | 7100-000 | 850,000.00 | 3,216,473.83 | 0.00 | 0.00 |
| 8 | Andrew Smoler | 7100-000 | N/A | 3,216,473.83 | 0.00 | 0.00 |
| 9 | Andrew Smoler | 7100-000 | N/A | 3,216,473.83 | 3,216,473.83 | 30,372.51 |
| 10 | AIS Ventures, LLC | 7100-000 | 1,699,000.00 | 5,279,153.79 | 5,279,153.79 | 49,849.98 |
| 11 | Internal Revenue Service | 7200-000 | N/A | 3,619.41 | 1,919.97 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | Internal Revenue Service | 7300-000 | N/A | 0.00 | 1,298.64 | 0.00 |
| 12 | Valley National Bank f/k/a 1st United Bank | 7200-000 | N/A | 419,256.87 | 419,256.87 | 0.00 |
| NOTFILED | 1ST UNITED BANK | 7100-000 | 385,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | WERNER HELDENMUTH | 7100-000 | 19,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$4,228,000.00** | **$18,102,615.56** | **$8,918,103.10** | **$80,222.49** |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| | | |
|---|---|---|
| **Case Number:** 14-12587 JKO | **Trustee:** | Chad S. Paiva |
| **Case Name:** WLS LAW, P.A. | **Filed (f) or Converted (c):** | 02/03/14 (f) |
| | **§341(a) Meeting Date:** | 03/05/14 |
| **Period Ending:** 05/10/19 | **Claims Bar Date:** | 06/03/14 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | | | **Estimated Net Value** | | | **Asset Fully** |
| | | **Petition/** | **(Value Determined By Trustee,** | **Property** | **Sale/Funds** | **Administered (FA)/** |
| | **Asset Description** | **Unscheduled** | **Less Liens, Exemptions,** | **Abandoned** | **Received by** | **Gross Value of** |
| **Ref #** | **(Scheduled And Unscheduled (u) Property)** | **Values** | **and Other Costs)** | **OA=§554(a) Abandon** | **the Estate** | **Remaining Assets** |
| 1 | Wells Fargo Bank<br>zero balance | 420.10 | 0.00 | | 0.00 | FA |
| 2 | Account Receivables<br>uncollectible | 169,000.00 | 0.00 | | 0.00 | FA |
| 3 | AVOIDANCE CLAIM AGAINST CARLOS and JODI LERMAN (u)<br>Per Order DE#95 | 0.00 | 70,000.00 | | 70,000.00 | FA |
| 4 | ADVOIDENCE CLAIM AGAINST U.S. BANK, N.A. (u)<br>Adv. No: 16-01079; Per Order #92 | 0.00 | 9,000.00 | | 9,000.00 | FA |
| 5 | AVOIDANCE CLAIM AGAINST AMERICAN HONDA FINANCE CORPORATION Adv No: 16-01075-JKO (u)<br>Per Order DE#101 | 0.00 | 4,500.00 | | 13,500.00 | FA |
| 6 | AVOIDANCE CLAIM AGAINST BANK OF AMERICA, N.A.<br>Adv. No: 16-01076 -JKO (u)<br>Per Order #70 | 0.00 | 45,000.00 | | 45,000.00 | FA |
| 7 | AVOIDANCE ACTION AGAINST JEAN SMOLER (u)<br>Claim against Jean Smoler pursued through advoidance action against American Honda Finance | 0.00 | 0.00 | | 0.00 | FA |
| 8 | AVOIDANCE CLAIM AGAINST BRUCE SMOLER (u)<br>Unsecured POC filed in Case No: 14-12577-LMI in the amount of $255,512.68. Claim paid at 0.23% | 0.00 | 591.18 | | 591.18 | FA |
| 9 | ADVOIDANCE CLAIM AGAINST ALLSTATE INS. CO. Adv No: 16-01074-JKO (u)<br>Per Order #81 | 0.00 | 9,000.00 | | 9,000.00 | FA |
| 10 | AVOIDANCE CLAIM AGAINST CITIBANK (u)<br>Per Order DE#102 | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 11 | ADVOIDANCE CLAIM AGAINST STATE FARM INSURANCE<br>Adv No: 16-01078 | 0.00 | 8,100.00 | | 8,100.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$169,420.10** | **$171,191.18** | | **$180,191.18** | **$0.00** |

**Major activities affecting case closing:**
CBD: 6-3-14

TAX RETURN STATUS: Final Tax Return filed

**Initial Projected Date of Final Report (TFR):** December 15, 2017          **Current Projected Date of Final Report (TFR):** September 20, 2017 (Actual)

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 14-12587 JKO | | Trustee: | Chad S. Paiva |
| --- | --- | --- | --- | --- |
| Case Name: | WLS LAW, P.A. | | Bank Name: | Signature Bank |
| | | | Account: | ******1244 - Checking |
| Taxpayer ID#: | **-***6095 | | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 05/10/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/24/16 | Asset #8 | MARCIA DUNN, TRUSTEE | Amt paid is $0.23% of claim | 1241-000 | 591.18 | | 591.18 |
| 08/03/16 | Asset #6 | Bank of America | Per Order DE#70 | 1241-000 | 45,000.00 | | 45,591.18 |
| 08/03/16 | Asset #9 | ALLSTATE INSURANCE COMPANY | Per Order DE#81 | 1241-000 | 9,000.00 | | 54,591.18 |
| 08/03/16 | Asset #5 | HONDA LEASE TRUST | Per Order DE#101 | 1249-000 | 9,000.00 | | 63,591.18 |
| 08/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 109.64 | 63,481.54 |
| 09/29/16 | Asset #4 | US BANK | Per Order DE#92 | 1241-000 | 9,000.00 | | 72,481.54 |
| 09/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 117.63 | 72,363.91 |
| 10/20/16 | Asset #11 | State Farm Mutual Automobile Ins. | Per Order DE#90 | 1241-000 | 8,100.00 | | 80,463.91 |
| 10/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 143.38 | 80,320.53 |
| 11/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 148.13 | 80,172.40 |
| 12/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 147.86 | 80,024.54 |
| 01/09/17 | Asset #3 | Genovese Joblove & Battista, PA Trust account | Per Order DE#95 | 1241-000 | 70,000.00 | | 150,024.54 |
| 01/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 252.76 | 149,771.78 |
| 02/28/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 258.51 | 149,513.27 |
| 03/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 285.71 | 149,227.56 |
| 04/26/17 | Asset #5 | SMOLER & ASSOCIATES | Per Order DE#101 | 1249-000 | 4,500.00 | | 153,727.56 |
| 04/28/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 258.13 | 153,469.43 |
| 05/10/17 | Asset #10 | CITI BUSINESS SERVICE | Per Order DE#102 | 1241-000 | 25,000.00 | | 178,469.43 |
| 05/24/17 | 1001 | HONDA LEASE TRUST | Per Order DE#101 | 8500-002 | | 9,000.00 | 169,469.43 |
| 05/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 344.56 | 169,124.87 |
| 06/30/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 325.53 | 168,799.34 |

Page: 2

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 14-12587 JKO | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | WLS LAW, P.A. | Bank Name: | Signature Bank |
| | | Account: | ******1244 - Checking |
| Taxpayer ID#: | **-***6095 | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 05/10/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 301.76 | 168,497.58 |
| 08/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 342.80 | 168,154.78 |
| 10/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 331.70 | 167,823.08 |
| 11/14/17 | | Signature Bank | Bank and Technology Services Fee Refund | 2600-000 | | -331.70 | 168,154.78 |
| 11/15/17 | 1002 | Broward County Records, Taxes & Treasury | Dividend of 100.000000000%, Claim No. 2 | 4110-000 | | 151.56 | 168,003.22 |
| 11/15/17 | 1003 | Chad S. Paiva | Dividend of 100.000000000% | 2100-000 | | 11,809.56 | 156,193.66 |
| 11/15/17 | 1004 | Yip Associates | Dividend of 100.000000000% | 3410-000 | | 30,000.00 | 126,193.66 |
| 11/15/17 | 1005 | Yip Associates | Dividend of 100.000000000% | 3420-000 | | 521.31 | 125,672.35 |
| 11/15/17 | 1006 | Leiderman Shelmith PA | Dividend of 100.000000000% | 3210-000 | | 15,398.04 | 110,274.31 |
| 11/15/17 | 1007 | Leiderman Shelomith PA | Dividend of 100.000000000% | 3220-000 | | 867.71 | 109,406.60 |
| 11/15/17 | 1008 | Chad S. Paiva | Dividend of 100.000000000% | 2200-000 | | 49.06 | 109,357.54 |
| 11/15/17 | 1009 | Leiderman Shelomith Alexander + Somodevilla, PLLC | Dividend of 100.000000000% | 3210-000 | | 28,259.57 | 81,097.97 |
| 11/15/17 | 1010 | Leiderman Shelomith Alexander + Somodevilla, PLLC | Dividend of 100.000000000% | 3220-000 | | 474.68 | 80,623.29 |
| 11/15/17 | 1011 | Internal Revenue Service | Dividend of 100.000000000%, Claim No. 11 | 5800-000 | | 400.80 | 80,222.49 |
| 11/15/17 | 1012 | AIS Ventures, LLC | Dividend of 0.944279735%, Claim No. 10 | 7100-000 | | 49,849.98 | 30,372.51 |
| 11/15/17 | 1013 | Andrew Smoler | Dividend of 0.944279735%, Claim No. 9 | 7100-000 | | 30,372.51 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 180,191.18 | 180,191.18 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 180,191.18 | 180,191.18 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$180,191.18** | **$180,191.18** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1244** | **180,191.18** | **180,191.18** | **0.00** |
| | $180,191.18 | $180,191.18 | $0.00 |